**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Wei M. SHI, Defendant–Appellant.**

**No. 02–2241.**

United States Court of Appeals, Seventh Circuit.

March 13, 2003.

Before BAUER, POSNER, and ROVNER, Circuit Judges.

### ORDER

On consideration of the petition for rehearing filed on March 4, 2003 by plaintiff-appellee. All of the judges on the panel have voted to deny the petition. The petition is therefore DENIED.